ALLEN *v.* TERRELL.

LUMPKIN, J. 1. While one or two expressions in the charge, when segregated from their context, may have been subject to criticism, when considered in the light of the entire charge they do not require a new trial.

2. The evidence was sufficient to support the verdict.
*Judgment affirmed. All the Justices concur.*

Argued January 23,—Decided May 13, 1909.

Action for malicious prosecution. Before Judge Worley. Gwinnett superior court. February 10, 1908.

*O. A. Nix,* for plaintiff in error. *N. L. Hutchins,* contra.